AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

VINCENT LEO FLETCHER
DOB:
PDID:

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

FILED
DEC 0 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05 - 0644M - 01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 1, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __SGT. MICHAEL JOHNSON__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes  ☐ No

Signature of Complainant
SGT. MICHAEL JOHNSON
UNITED STATES PARK POLICE

Sworn to before me and subscribed in my presence,

DEC 01 2005    at    Washington, D.C.
Date                      City and State

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer          Signature of Judicial Officer