## STATEMENT OF FACTS

On December 1, 2005, at about 2:30 a.m., sworn officers with the United States Park Police conducted a traffic stop in the 4600 block of Central Avenue, N.E., Washington, D.C. During the stop, the officer saw what appeared to be a marijuana stem on the floorboard, behind the driver's side seat. The defendant was removed from the car. A search of the defendant revealed $2,578.00 in U.S. Currency. The defendant told officers that there was some marijuana in the center console of the armrest. Officers checked the center console, but did not find any marijuana. Although there was no marijuana in the center console, the officer could smell the odor of marijuana coming from inside the glove compartment. When officers attempted to open the glove compartment, the defendant told officers they needed a search warrant. Officers searched the glove compartment, and recovered a loaded Ruger 9mm semi-automatic, a gun magazine loaded with 9mm ammunition, approximately 61 grams of suspected cocaine powder, 8 grams of suspected marijuana, approximately 5 grams of suspected crack cocaine, 6 suspected Ecstasy tablets, a pill bottle containing a white powdery residue, and a digital scale covered in a white powdery substance. A portion of the suspected crack cocaine and cocaine field tested positive for cocaine, and a portion of the suspected marijuana field tested positive for THC. Officers also recovered additional suspected marijuana and cocaine from inside the car. Officers placed the defendant under arrest. The defendant is the registered owner of the car.

_____
SGT. MICHAEL JOHNSON
UNITED STATES PARK POLICE


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF DECEMBER, 2005.


_____
U.S. MAGISTRATE JUDGE