IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Criminal No. 05-457 (RMC) |
| ) | |
| VINCENT LEO FLETCHER, ) | |
| ) | |
| Defendant. ) | |

### SPEEDY TRIAL WAIVER

Defendant, Vincent Leo Fletcher, through his counsel and in connection with his request for a one-week continuance of the plea hearing, hereby consents to the exclusion of speedy trial time from March 24, 2006 until March 31, 2006.

WHEREFORE, Defendant hereby respectfully consents to the exclusion of one (1) week from the Speedy Trial Act.

Respectfully submitted,

_____
Jonathan S. Jeffress
<u>Counsel for Mr. Fletcher</u>
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500