UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>VINCENT LEO FLETCHER )<br>)<br>Defendant. )<br>) | CRIMINAL NO. 05-457 (RMC) |

**ORDER**

To the Warden of the D.C. Jail:

Defendant Vincent Leo Fletcher (Reg. 28440-016, DCDC 307-550, PDID 573-216) is incarcerated at the D.C. Jail awaiting sentencing in June 2006. He is without personal shoes and cannot exercise fully in the prison shoes issued to him by the Jail.

The Court would take it as a great courtesy if the Warden would allow Jonathan Jeffress of the Federal Public Defender's Office, counsel to Mr. Fletcher, to deliver a pair of Mr. Fletcher's own shoes to the Warden for delivery to Mr. Fletcher so that he can be more active while at the D.C. Jail.

**SO ORDERED**.

Date: March 31, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge