IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 05-457 (RMC) |
| VINCENT LEO FLETCHER, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT VINCENT FLETCHER'S
MEMORANDUM IN AID OF SENTENCING**

      Defendant Vincent Fletcher, through undersigned counsel, respectfully submits this Memorandum in Aid of Sentencing.[1]  For the reasons stated below, Mr. Fletcher respectfully submits that he should be sentenced to a sentence of 60 months.

      1.      On September 16, 2005, Mr. Fletcher plead guilty to one count of possession with intent to distribute 5 grams or more of crack cocaine.  The amount of crack cocaine is just barely above 5 grams in this case, that is, 5.4 grams.

      2.      Mr. Fletcher's guideline range is 63-78 months.

      3.      Mr. Fletcher is just 19 years old, and has one prior conviction.  To anyone that knows him, it is obvious that Mr. Fletcher is of uncommon intelligence and thoughtfulness for someone his age.  See Ex. 1 (letter to Court).  Mr. Fletcher has a family that is very supportive of him.  His father and sister have attended all court appearances.  Mr. Fletcher's family has written the Court, as has Mr. Fletcher, in the hope that the Court will sentence Mr. Fletcher to no more than 5 years, which is already a considerable amount of time for a 19 year old with only one prior

---

[1]      Defense counsel apologizes for the tardy submission of this Memorandum.

conviction, for a crime that involved no violence.  See Ex. 1 (letters to Court).

## **CONCLUSION**

For the above-stated reasons, the Defendant, Vincent Fletcher, respectfully submits that he should be sentenced to 60 months.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

(202) 208-7500