1/16/06

Dear Your Honor,

This letter is regarding the case for or against Vincent L. Fletcher. I understand that there must be punishment for any crime committed, but I would like to ask that my brother be granted a second chance. He has spent the time to actually sit back and take a look at the choices he made in life and realized that the attention he thought he wanted wasn't for him and he saw where it got him (in jail). He finally understand that all along what his family was trying to tell him was all out of love and not hate and those so called friends he thought he had were not what they appeared to be. His family will always be there in the end and his friends will forget all about him when he and while he

is locked down. Vincent lost his mom before the age of 1 yrs old and during his teenage years all he seeked was attention which he thought he found in the streets and all along his family attempted to give it to him but he just didn't see it. I feel that if he receive a 2nd chance at trying to better himself, the last 30 days in jail gave him alot of time to sit back and think about the mistakes and bad choices he have made. He finally see that his family really loves him and only wanted the best for him when we always stayed on his case. So I asked if you could please just this once grant my brother a second chance he will make a better person out of himself.

Thanks,
Chauan Felton

To: Judge Collyer

From: Vincent Fletcher

[several lines redacted with black marker]

Whoever wrote up my background report put all negative and no positives. Some positives in my background are that I had a job ever since I was 15 years old. I was working at the Lady Footlocker in Forestville Mall. I work there until I was 17 years old and then I had to take a brake for a couple of months because I working to much and my father said that I needed to focus on my 12th grade year of Highschool. After highschool I moved with my grandmother because someone needed to be with her at all times, because she was getting sick and I quit my job because I had to take care of grandma and plus she lived in the county, so there was no buses or any type of transportation to get me back and forth to work. My Aunt retired from her job to watch my grandmother, so I found another job. I was doing Roofing and Remodeling with one of my uncle friends. I work there until about Thanksgiving of last year. As the weather change, I decided

to quit and continue school, so that I could learn carpentry. Now everything has come to a halt because of the people I chose to hang around, but I cannot blame them for my actions. If I were to listen to my father, I probably wouldn't be here right now, cause he always said "hanging around negativity will bring negativity". A positive and a negative equals a negative. I do feel as though experience is the best, but hardest way to learn from your mistakes. This jail experience has really been a wake-up call to me, it taught me how to appreciate and value things a lot more than I did and it also brought me closer to my family. It also showed me that my family is the one who has my back and my friends don't. I believe God put me here so that I can learn these things and get my head together. Honestly, I believe I needed these 2 months over D.C. Jail cause I have learned a lot and I am finally ready to get my life headed back in the right direction.

—Vincent Fletcher
307550



To:     Whom it may concern

From:   Sgt. Alvin Ford          3/23/06
        Culinary O.I.C

Re:     Fletcher, Vincent
        DCDC 307550

The above name inmate is assigned to the culinary at the Central Detention Facility. He is currently assigned to the detail unit, which provides cleaning, and feeding of the facility. His area of responsibility includes fixing more than 2 thousand trays and maintaining a safe and sanitary area. He completes all assignments on time and helps others after he has completed his task. He's very dependable and needs little or no supervision when given instruction. He volunteers on his days off to help others that may need help. Vincent Fletcher is well like by all staff that supervises him. The amount of work that he does is well worth more than $21.00 dollars a month, however it do not effect his willingness to want to do more. I fill that he will work hard to be productive citizen.

Central Detention Facility 1901 D Street, S.E. Washington, DC 20003 (202) 673-8136