UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>VINCENT LEO FLETCHER, )<br>)<br>Defendant. )<br>) | Criminal Action No. 05-457 (RMC) |

## ORDER

For the reasons stated in open court during the sentencing proceedings held in this matter on June 15, 2006, it is hereby

**ORDERED** that Mr. Vincent Leo Fletcher, Reg. No. 28440-016, shall be transferred to the CTF facility.

**SO ORDERED**.

Date: August 4, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge