✎AO 245___   Order Regarding Motion for Sentence Reduction
                Sheet 1

UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

V.

VINCENT LEO FLETCHER

Case Number: CR 05-457 (RMC)

USM Number: 28440-016

**Date of Original Judgment:** June 26, 2006
(Or Date of Last Amended Judgment)

Mary M. Petras
Defendant's Attorney

Upon motion of  X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of __63__ months is reduced to __term of 60 months__.

Provided that, if prior to March 3, 2008, a law is enacted repealing the U.S. Sentencing Commission's December 2007 decision to make retroactive Amendments 706 and 711 to the Sentencing Guidelines, this Order shall have no effect.

**I. COURT DETERMINATION OF GUIDELINE RANGE**

Previous Offense Level: __25__                         Amended Offense Level: __23__
    Criminal History Category: __II__                  Criminal History Category: __II__
Previous Guideline Range: __63__ to __78__ months       Amended Guideline Range: __51__ to __63__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

**III. FURTHER EXPLANATION** (e.g., recommendations to the Bureau of Prisons) (if necessary)



Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

_____              _____
    Date                              Signature of Judge

                                    _____
                                      Name and Title of Judge