≉AO 245___  Order Regarding Motion for Sentence Reduction
Sheet 1

UNITED STATES DISTRICT COURT
District of _____

| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |

**FILED**
MAR - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

V.

VINCENT LEO FLETCHER

Case Number: CR 05-457 (RMC)
USM Number: 28440-016
Mary M. Petras
Defendant's Attorney

**Date of Original Judgment:** June 26, 2006
(Or Date of Last Amended Judgment)

Upon motion of  X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
X GRANTED and the defendant's previously imposed sentence of imprisonment of __63__ months is reduced to term of 60 months.

Provided that, if prior to March 3, 2008, a law is enacted repealing the U.S. Sentencing Commission's December 2007 decision to make retroactive Amendments 706 and 711 to the Sentencing Guidelines, this Order shall have no effect.

**I. COURT DETERMINATION OF GUIDELINE RANGE**

Previous Offense Level: __25__
    Criminal History Category: II
Previous Guideline Range: __63__ to __78__ months

Amended Offense Level: __23__
Criminal History Category: __II__
Amended Guideline Range: __51__ to __63__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

**III. FURTHER EXPLANATION** (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated  3/3/08  shall remain in effect.
IT IS SO ORDERED.

__3/3/08__
Date

_Rosemary M. Collyer_
Signature of Judge

Rosemary M. Collyer
Name and Title of Judge

U.S. District Judge

